UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Jason Martin,                                      ORDER

                Plaintiff,              10-CV- 05181 (ENV)(RER)

             -against-

Jet Equipment & Tools, Inc. et al
                Defendant.
----------------------------------------------------------X

        Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __DONE__.

2. No additional parties may be joined after __1/31/11__.

3. No amendment of the pleadings will be permitted after __1/31/11__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __2/11/11__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before __π 3/18/11  Δ 4/18/11__

    (b) rebuttal expert witnesses on or before __—__.

6. All discovery, including depositions of experts, shall be completed on or before __6/15/11__ _____ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. A Telephone Conference set for __2/4/11 @ 10:30am__, to be initiated by (Plaintiff) or Defendant (Circle one).
    * (The Court will schedule the conference listed above.)

9. Status Conference will be held on __4/14/11 @ 10:30am__
    * (The Court will schedule the conference listed above)

10. A Final Pre-trial conference will be held on __6/16/11 @ 10:00am__
    *(The Court will schedule the conference listed above.)

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       12/15, 2010

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME  George Statfeld
Attorney for Plaintiff  GEORGE STATFELD
ADDRESS
E-mail:  GSTATFELD @ ADC-COM
Tel.:  212-947-9166
Fax:  3 WEST 35TH NY, 10001

_____
NAME  Paul L. Sculato
Attorney for Defendant  WALTER MEIR MFG
ADDRESS
E-mail:  PSCRUSATO@SCHIFFHARDIN.COM
Tel.:  212-745-0833
Fax:  900 THIRD AVE, 23RD FLOOR
      NY NY 10025