LONDON FISCHER LLP
59 Maiden Lane
New York, New York 10038
(212) 972-1000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JASON MARTIN,

                         Plaintiff,

    -against-

JET EQUIPMENT & TOOLS, INC. and "John Does, Inc.," entities presently Unknown, intended to be distributors, Suppliers, and repairers of tilting ARBOR SAW, Model JTAS-10-3, and WALTER MEIER MANUFACTURING CORP.,

                   Defendant/Third-Party Plaintiff,

    v.

OUTDOOR INSTALLATIONS, LLC D/B/A SPRING SCAFFOLDING and METRIC SERVICES, INC.

                   Third-Party Defendants.
-----------------------------------------------------------x

10 CV 05181 (ENV) (RER)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Third-Party Defendant Outdoor Installations, LLC d/b/a Spring Scaffolding hereby appear in the above-entitled action, and that the undersigned have been retained as Trial Counsel to Gregory J. Allen, General Attorney for the New York State Insurance Fund as attorneys for Outdoor Installations, LLC, d/b/a Spring Scaffolding, and request that all papers in this action be served upon the undersigned at the office and post office address stated below.

{N0273207.1 }

Dated: New York, New York
       May 12, 2011

                          LONDON FISCHER LLP

             By: _____
                          Michael J. Carro (MJC 5452)
                          Trial Counsel to Gregory J. Allen, Esq.
                          For The New York State Insurance Fund
                          *Attorneys for Third-Party Defendant*
                          OUTDOOR INSTALLATIONS, LLC d/b/a SPRING SCAFFOLDING
                          59 Maiden Lane
                          New York, New York 10038
                          (212) 972-1000

TO:

Schiff Hardin, LLP
*Attorneys for Defendant/Third-Party Plaintiff*
WALTER MEIER MANUFACTURING, INC.
900 Third Avenue
New York, New York 10022

George N. Statfeld, P.C.
3 West 35th Street
New York, New York 10001

METRIC SERVICES, INC.
*Third-Party Defendant*
2820 Borden Avenue
Long Island City, New York, 11101
(718) 937-2091

{N0273207.1 }