UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON MARTIN

          Plaintiff,

 -against-

JET EQUIPMENT & TOOLS, INC. and "John Does, Inc.," entities presently Unknown, intended to be distributors, Suppliers, and repairers of tilting ARBOR SAW, Model JTAS-10-3, and WALTER MEIER MANUFACTURING CORP.,

     Defendant/Third-Party Plaintiff,

 v.

OUTDOOR INSTALLATIONS, LLC D/B/A SPRING SCAFFOLDING and METRIC SERVICES, INC.

       Third-Party Defendants.
------------------------------------------------------------x

10 CV 05181

**FEDERAL CIVIL RULE 7.1 DISCLOSURE STATEMENT**

Honorable

 Defendant, **Outdoor Installations, LLC** by its attorneys, LONDON FISCHER LLP, as and for its Rule 7.1 Disclosure Statement respectfully set forth:

1. That **Outdoor Installations, LLC.** is a non-governmental entity;

2. That **Outdoor Installations, LLC** has a parent company, RJPG, LLC which owns 100% of the shares of **Outdoor Installations, LLC**;

3. That **Outdoor Installations, LLC** is not a public corporation;

4. That no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   May 12, 2011

{N0322350 1 }

LONDON FISCHER LLP

_____
By: Michael J. Carro (MJC 5452)
Trial Counsel to Gregory J. Allen, Esq.
For The New York State Insurance Fund
Attorneys for Third-Party Defendant
OUTDOOR INSTALLATIONS, LLC
59 Maiden Lane, 41st Floor
New York, NY 10038
(212) 972-1000

To:

Schiff Hardin, LLP
*Attorneys for Defendant/Third-Party Plaintiff*
WALTER MEIER MANUFACTURING, INC.
900 Third Avenue
New York, New York 10022

George N. Statfeld, P.C.
3 West 35th Street
New York, New York 10001

Metric Services, Inc.
*Third-Party Defendant*
2820 Borden Avenue
Long Island City, New York  11101
(718) 937-2091

{N0322350.1}