## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ss:
COUNTY OF KINGS        )

ROSA CARRASCO, being duly sworn deposes and says:
I am not a party to this action, am over the age of 18 years, and reside in Richmond County, New York.

On July 5th, 2011, I served the within Answer to Second Amended Third-Party Complaint upon:

Paul A. Scrudato, Jill Berry, Schiff Hardin LLP, Attorneys for Defendant/Third-Party Plaintiff, Walter Meier Manufacturing, Inc.;

LONDON FISCHER LLP, By: Michael J. Carro (# 5452 ), Trial Counsel to Gregory J. Allen, Esq., For The New York State Insurance Fund Attorneys for Third-Party Defendant OUTDOOR INSTALLATIONS, LLC D/B/A SPRING SCAFFOLDING

George N. Statfeld, P.C., Attorneys for Plaintiff, Jason Martin

by depositing a true copy thereof in a properly sealed postpaid wrapper, in a post office receptacle regularly maintained by the Government of the United States, addressed as follows:

Paul A. Scrudato, Jill Berry
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022

LONDON FISCHER LLP
By: Michael J. Carro
59 Maiden Lane, 41st Floor
New York, NY 10038

George N. Statfeld, P.C.
3 West 35th Street
New York, New York 10001

_____
ROSA CARRASCO

Sworn to before me this
5th day of July, 2011

_____
Notary Public

SUZETTE D. JEUDY
NOTARY PUBLIC, State of New York
No. 01JE5083733
Qualified in Kings County
Commission Expires Aug. 18, 2013

11