

**CULLENandDYKMAN LLP**

177 Montague Street
Brooklyn, New York 11201-3602
Telephone (718) 855-9000 • Facsimile (718) 855-4282

FRANK J. LOURENSO
ASSOCIATE
DIRECT DIAL: (718) 780-0097
DIRECT FAX: (718) 935-1509
FLOURENSO@CULLENANDDYKMAN.COM

July 1, 2011

**VIA ECF AND REGULAR MAIL**
Magistrate Judge Ramon Reyes, Jr.
United States District Court
Eastern District of New York
2256 Cadman Plaza
Brooklyn, New York 11201

          Re:   Jason Martin v. Jet Equipment & Tools Inc., et al.
                Case No.: 10-CV-05181 (ENV) (RER)
                SIF Staff Attorney: Bernstein, Caryn
                Our File No.: 6205-95

Dear Magistrate Judge Reyes:

      The undersigned are trial counsel to Gregory J. Allen, Esq., New York State Insurance Fund, Counsel to third-party defendant Metric Services Inc., with respect to the above-referenced matter.

      Pursuant to your Honor's June 24, 2011 Order, annexed hereto please find a copy of the revised discovery schedule agreed to by all parties, subject to a complete reservation of rights by my client to make further applications to extend/amend said deadlines should it appear necessary to do so.

      Please do not hesitate to contact me at the above telephone number with any questions or comments.

                                              Very truly yours,

                                              Frank J. Lourenso

FJL:rc

cc:   Schiff Hardin LLP
      Attn: Jill Berry, Esq.
      900 Third Avenue
      New York, New York 10022

*Founded 1850*

BROOKLYN     LONG ISLAND     MANHATTAN     WASHINGTON, D.C.     NEW JERSEY

CULLEN and DYKMAN LLP

United States District Court
July 1, 2011
Page 2

George Statfeld, P.C.
3 West 35th Street
New York, New York  10001

London Fischer LLP
Attn: Michael J. Carro
59 Maiden Lane
41st Floor
New York, New York  10038