

**CULLEN and DYKMAN LLP**

177 Montague Street
Brooklyn, New York 11201-3602
Telephone (718) 855-9000 • Facsimile (718) 855-4282

FRANK J. LOURENSO
ASSOCIATE
DIRECT DIAL: (718) 780-0097
DIRECT FAX: (718) 935-1509
FLOURENSO@CULLENANDDYKMAN.COM

July 5, 2011

**VIA ECF AND REGULAR MAIL**
Magistrate Judge Ramon Reyes, Jr.
United States District Court
Eastern District of New York
2256 Cadman Plaza
Brooklyn, New York 11201

Re: Jason Martin v. Jet Equipment & Tools Inc., et al.
Case No.: 10-CV-05181 (ENV) (RER)
SIF Staff Attorney: Bernstein, Caryn
Our File No.: 6205-95

Dear Magistrate Judge Reyes:

The undersigned are trial counsel to Gregory J. Allen, Esq., New York State Insurance Fund, Counsel to third-party defendant Metric Services Inc., with respect to the above-referenced matter.

On Friday July 1st, I was informed by the Court's e-filing support staff that the court's electronic system was "down" that afternoon. Accordingly, I was unable to file my notice of appearance, Answers, and the revised order with accompanying cover letter. However, I was advised by the court's support person that all filings would be accepted today, Tuesday, July 5 and will not be considered as late due to the system outage.

I apologize for any inconvenience and thank the Court for its courtesies.

Very truly yours,

Frank J. Lourenso

FJL:rc

cc: Schiff Hardin LLP
Attn: Jill Berry, Esq.
900 Third Avenue

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY

CULLENandDYKMAN LLP

United States District Court
July 5, 2011
Page 2

New York, New York  10022
George Statfeld, P.C.
3 West 35th Street
New York, New York  10001

London Fischer LLP
Attn:  Michael J. Carro
59 Maiden Lane
41st Floor
New York, New York  10038