```
UNITED STATES DISTRICT COURT                                    6205-95
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JASON MARTIN,                                   Index No. 10-CV-
                                                05181 (ENV)(RER)
                    Plaintiff,
    v.

JET EQUIPMENT & TOOLS, INC., and "John          NOTICE OF APPEARANCE
Does, Inc.," entities presently
Unknown, intended to be distributors,
Suppliers, and repairers of tilting
ARBOR SAW, Model JTAS-10-3, and WALTER
MEIER MANUFACTURING CORP.,

                    Defendant/Third-
                    Party Plaintiff,
    v.

OUTDOOR INSTALLATIONS, LLC D/B/A SPRING
SCAFFOLDING and METRIC SERVICES, INC.,

                    Third-Party
                    Defendants.
------------------------------------------X
```

PLEASE TAKE NOTICE that Third-Party Defendant, METRIC SERVICES, INC., hereby appears in the above-entitled action, and that the undersigned have been retained as Trial Counsel to Gregory J. Allen, Esq., New York State Insurance Fund, Counsel for Metric Services, Inc. and request that all papers in this action be served upon the undersigned at the office and post office address stated below:

Dated:    Brooklyn, New York
          July 1, 2011

                                        Yours, etc.

                                        CULLEN AND DYKMAN LLP

                                        By: _____
                                        Frank J. Lourenso (FJL 3629)

                                        Trial Counsel to Gregory J.
Allen, Esq., New York State
Insurance Fund, counsel to
third-party defendant Metric
Services, Inc.
177 Montague Street
Brooklyn, New York  11201
(718) 855-9000
C&D File No. 6205-95(FJL)

TO:   Paul A. Scrudato, Jill Berry, Esq.
      Schiff Hardin LLP
      Attorneys for Defendant/Third-Party
      Plaintiff, Walter Meier Manufacturing, Inc.
      900 Third Avenue
      New York, NY 10022
      (212) 753-5000

      LONDON FISCHER LLP
      By: Michael J. Carro (# 5452 )
      Trial Counsel to Gregory J. Allen, Esq.
      For The New York State Insurance Fund
      Attorneys for Third-Party Defendant
      OUTDOOR INSTALLATIONS, LLC D/B/A A
      SPRING SCAFFOLDING
      59 Maiden Lane, 41st Floor
      New York, NY 10038
      (212) 972-1000

      George N. Statfeld, P.C.
      Attorneys for Plaintiff, Jason Martin
      3 West 35th Street
      New York, New York 10001

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                                          ss:
COUNTY OF KINGS )

ROSA CARRASCO, being duly sworn deposes and says:

I am not a party to this action, am over the age of 18 years, and reside in Richmond County, New York.

On July 5TH, 2011, I served the within **NOTICE OF APPEARANCE** upon:

Paul A. Scrudato, Jill Berry, Schiff Hardin LLP, Attorneys for Defendant/Third-Party Plaintiff, Walter Meier Manufacturing, Inc.;

LONDON FISCHER LLP, By: Michael J. Carro (# 5452 ), Trial Counsel to Gregory J. Allen, Esq., For The New York State Insurance Fund Attorneys for Third-Party Defendant OUTDOOR INSTALLATIONS, LLC D/B/A SPRING SCAFFOLDING

George N. Statfeld, P.C., Attorneys for Plaintiff, Jason Martin

by depositing a true copy thereof in a properly sealed postpaid wrapper, in a post office receptacle regularly maintained by the Government of the United States, addressed as follows:

Paul A. Scrudato, Jill Berry
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022

LONDON FISCHER LLP
By: Michael J. Carro
59 Maiden Lane, 41st Floor
New York, NY 10038

George N. Statfeld, P.C.
3 West 35th Street
New York, New York 10001

_____
ROSA CARRASCO

Sworn to before me this
5TH day of July, 2011

_____
Notary Public

PAULINE M. MOORE
Notary Public, State of New York
No. 01MO5034206
Qualified in Kings County
Commission Expires October 3, 2014

3