```
UNITED STATES DISTRICT COURT                                    6205-95
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JASON MARTIN,                                   Index No. 10-CV-
                                                05181 (ENV)(RER)
                    Plaintiff,

     v.
                                                ORDER
JET EQUIPMENT & TOOLS, INC., and "John
Does, Inc.," entities presently Unknown,
intended to be distributors, Suppliers,
and repairers of tilting ARBOR SAW,
Model JTAS-10-3, and WALTER MEIER
MANUFACTURING CORP.,

                    Defendant/Third-
                    Party Plaintiff,
     v.

OUTDOOR INSTALLATIONS, LLC D/B/A SPRING
SCAFFOLDING and METRIC SERVICES, INC.,

                    Third-Party
                    Defendants.
------------------------------------------X
```

Upon consent of the parties, it is hereby ORDERED as follows:

1. Inspection by third-party defendant, METRIC SERVICES, INC. to take place on or before July 26, 2011.

2. Deposition of plaintiff shall be completed on or before August 31, 2011.

3. Plaintiff shall make required Rule 26(a)(2) disclosures with respect to expert witnesses on or before September 1, 2011.

4. Deposition of defendant/third-party plaintiff shall be completed on or before September 16, 2011.

5. Depositions of third-party defendants shall be completed on or before September 16, 2011.

6. Deposition of plaintiff's expert(s) shall be completed on or before October 3, 2011.

7. Defendant/third-party plaintiff shall make required Rule 26(a)(2) disclosures with respect to expert witnesses on or before November 3, 2011.

8. Deposition of defendant/third-party plaintiff's expert(s) shall be completed on or before December 5, 2011.

9. Third-party defendants shall make required Rule 26(a)(2) disclosures with respect to expert witnesses on or before January 6, 2012.

10. Deposition of third-party defendants' expert(s) shall be completed on or before February 6, 2012.

11. All discovery shall be completed on or before March 9, 2012.

12. Pre motion letters regarding dispositive motions must be submitted within two weeks following the close of all discovery.

13. A telephone conference, set for November 9, 2011 at 10:00 a.m. to be initiated by plaintiff's Counsel.

14. Status conference will be held on January 10, 2012 at 10:00 a.m.

15. A final pre-trial conference will be held on March 13, 2012 at 10:00 a.m.

This scheduling ordered may be altered or amended based upon a showing of good cause not reasonably foreseeable at the date hereof.

Dated:     Brooklyn, New York
           July 1, 2011

                                        _____
                                        Ramon E. Reyes, Jr.
                                        United States Magistrate Judge