## CERTIFICATION OF SERVICE

The undersigned, an attorney, certifies that, on July 5, 2011, METRIC SERVICES, INC.'S Answer to Third-Party Complaint, Answer to Cross-Claims, Proposed Order, Correspondence to Magistrate Reyes dated July 1, 2011, Correspondence to Magistrate Reyes dated July 5, 2011, Notice of Appearance and Affidavit of Service were filed with the Clerk of the Court by using the CM/ECF system, which will send notification of the filing to all registered participants. Paper copies of this document will be sent to non-registered participants via U.S. Mail.

Dated:   Brooklyn, New York
         July 5, 2011

                        Yours, etc.

                        CULLEN AND DYKMAN LLP

                        By: _____
                            Frank J. Lourenso (FJL3629)
                        Trial Counsel to Gregory J. Allen,
                        Esq., New York State Insurance Fund,
                        counsel to third-party defendant
                        Metric Services, Inc.
                        177 Montague Street
                        Brooklyn, New York 11201
                        Flourenso@cullenanddykman.com
                        (718) 855-9000
                        C&D File No. 6205-95(FJL)